PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 114968

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CR-10020-MARTINEZ      1:16-MJ-721

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Ammon Covino

Name of Sentencing Judicial Officer: The Honorable Jose E. Martinez, United States District Judge, Key West, Florida

Date of Original Sentence: December 2, 2013

| | |
|---|---|
| Original Offense: | Count One: Conspiracy to illegally purchase and sell fish/wildlife, 18 U.S.C. §371, a Class D felony |
| Original Sentence: | Twelve (12) months plus one (1) day custody of the Bureau of Prisons; two (2) years supervised release and $100 special assessment. Special conditions include, the defendant shall: 1) provide complete access to financial information, including disclose of all business and personal finances; and 2) not engage in activity that involves exhibit, importing, exporting, transporting, selling, receiving, acquiring or purchasing in interstate or foreign commerce any fish or wildlife. |
| | February 22, 2016: Final Revocation Hearing - The Court ordered the defendant's term of supervised release be revoked and he was sentenced to 90 days imprisonment, with credit for time served, followed by 6 months of supervised release, and a $50,000.00 fine to be directed to National Fish & Wildlife Foundation. |

Type of Supervision: Supervised Release      Date Supervision Commenced: April 2, 2016

| | |
|---|---|
| Assistant U.S. Attorney:<br>Thomas Austin Watts-Fitzgerald<br>99 NE 4 Street<br>Miami, FL 33132<br>305-961-9413 | Defense Attorney:<br>Bruce M. Lyons<br>110 Southeast 6th Street<br>Fort Lauderdale, FL 33301<br>954-296-0022 |

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition**, by failing to abstain from engaging in activity that involves exhibiting, importing, exporting, transporting, selling, receiving, acquiring or purchasing in interstate or foreign commerce any fish or wildlife. From July 2016 to September 2016, the defendant was involved in the preparation of the opening of two SeaQuest Aquariums located in Las Vegas, Nevada and Layton, Utah as evidenced by statements and an investigation completed by NOAA. |

United States Probation Officer Recommendation

The term of supervision should be
- ☒ revoked.
- ☐ extended for _____ years, for a total term of _____ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2016

David Stwarka  
*David E. Stwarka 2016.09.21 17:08:39 -04'00'*

David Stwarka  
United States Probation Officer  
Office: (305) 295-8144  
Cellular: (786) 348-8577

Teresa L. Graham  
2016.09.21 16:59:39 -04'00'

---

THE COURT ORDERS:

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

9/22/16  
Date

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-10020-CR-MARTINEZ

U.S.A vs AMMON COVINO

Certified to be a true and correct copy of the document on file Steven M. Larimore, Clerk, U.S. District Court Southern District of Florida
By Wanda Holston, Deputy Clerk
Date: **Sep 22, 2016**

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Ammon Covino | Male | White | 43 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 212 Jack Nicklaus Drive, Austin, TX 78738 |

| SUPERVISED RELEASEE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | 12/02/2003 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| Southern District of Florida/Key West, FL |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | Wanda Holston | 9-22-16 |

### RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
|  |

| NAME | (BY) | DATE |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshall or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."