# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**United States of America**

v.                                NO:   AU:16-M -00721(1)

**(1) Ammon Covino**

## WITNESS LIST for DETENTION HEARING held on September 30, 2016

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Shelly Weirich | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |
| 18. | 18. |